**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SYRALL COLEMAN-THOMAS, as Independent Administrator of the Estate of NORMAN THOMAS, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. |
| RIVER OAKS CENTER, LLC, et al., | ) ) | Removed From Cook County Case No.  2024 L 003932 |
| Defendants. | ) | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND
LOCAL RULE 3.2 DISCLOSURE STATEMENT OF DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2, the Defendants,

RIVER OAKS REALTY, LLC; RIVER OAKS CH, LLC; RIVER OAKS NASSIM, LLC;

NAMDAR REALTY GROUP, LLC; CH CAPITAL GROUP, LLC; MASON ASSET

MANAGEMENT, INC.; and NAMCO REALTY, LLC (collectively the "Defendants"), state as

follows:

1.      The Defendant, RIVER OAKS REALTY, LLC's ("Realty") lone member is the

Defendant, NAMCO REALTY, LLC ("Namco LLC").  Namco LLC's lone member is Namco

Realty Ltd. ("Namco Ltd.").  Namco Ltd. is a citizen of the British Virgin Islands ("BVI"), since

it is a BVI corporation, and a citizen of New York, since its principal place of business is in New

York.

2.      The Defendant, RIVER OAKS CH, LLC's ("CH") lone member is Regency CH

LLC ("Regency").  Regency's two members are New York domiciled residents and citizens, Omid

Hakimi and Matin Hakimi.

1

3.      The Defendant, RIVER OAKS NASSIM, LLC's ("Nassim") lone member is Elliot Nassim a domiciled resident and citizen of New York.

4.      The Defendant, NAMDAR REALTY GROUP, LLC's ("Namdar") lone member is Igal Namdar a domiciled resident and citizen of New York.

5.      The Defendant, MASON ASSET MANAGEMENT, INC. ("Mason") is a citizen of New York, since it is a New York corporation with a its principal place of business in New York.

6.      The Defendant, CH CAPITAL GROUP, LLC's ("Capital") two members are New York domiciled residents and citizens, Omid Hakimi and Matin Hakimi.

7.      Namco Ltd. is a publicly traded company on the Tel Aviv Stock Exchange. There are no other publicly traded corporate Defendants. After a diligent review, there are no other undisclosed entities related to, or affiliated with the Defendants that have a financial interest in the outcome of the claims asserted against them in this case.

TRESSLER LLP

*s/ Donald G. Machalinski*

Attorneys for the Defendants,
Donald G. Machalinski, Esq.
Linda J. Schneider, Esq.
Timothy Ravich, Esq.
Tressler LLP
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606-6399
Telephone: 312.627.4000
dmachalinski@tresslerllp.com
lschneider@tresslerllp.com
travich@tresslerllp.com