**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SYRALL COLEMAN-THOMAS, as Independent Administrator of the Estate of NORMAN THOMAS, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.1:24-cv-03984 |
| RIVER OAKS CENTER, LLC, et al., | ) ) ) | Removed From Cook County Case No. 2024 L 003932 |
| Defendants. | ) | |

**ATTORNEY VERIFICATION IN SUPPORT**
**OF DEFENDANTS' MOTION TO DISMISS**

I, Joseph Loloi, verify under penalty of perjury under the laws of the United States of America that the following information is true and correct.

1. I am an attorney licensed in the State of New York.

2. I am General Counsel for Namdar Realty Group.

3. I have personal firsthand knowledge regarding the ownership, operation, management, maintenance and control of the shopping mall known as River Oaks Center, located at 96 River Oaks Center Dr., Calumet City, Cook County, IL 60409 (the "Mall").

4. I have personal firsthand knowledge that all relevant times hereto, the Defendants, CH CAPITAL GROUP, LLC ("CH Capital"); MASON ASSET MANAGEMENT, INC. ("Mason"); and NAMCO REALTY, LLC ("Namco Realty") have not owned, operated, managed, maintained, controlled, leased, and/or possessed the Mall.

5. CH Capital is in the investment business, but does not have any ownership interest in the Mall.



EXHIBIT A

6. Mason is only a real estate broker, but does not own or manage property, including the Mall.

7. Namco Realty is solely a member of River Oaks Realty LLC, but otherwise has no connection to the Mall.

Date: 6/14/24

_____
Signature