| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **Sent:** | Thursday, June 13, 2024 7:28 AM |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-03984 COLEMAN-THOMAS, as Independent Administrator of the Estate of NORMAN THOMAS, deceased v. RIVER OAKS CENTER, LLC, an Indiana Corporation et al text entry |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF NextGen 1.7.1.1

## Notice of Electronic Filing

The following transaction was entered on 6/13/2024 at 7:27 AM CDT and filed on 6/13/2024

| | |
|---|---|
| **Case Name:** | COLEMAN-THOMAS, as Independent Administrator of the Estate of NORMAN THOMAS, deceased v. RIVER OAKS CENTER, LLC, an Indiana Corporation et al |
| **Case Number:** | 1:24-cv-03984 |
| **Filer:** | |
| **Document Number:** | 15 |

**Docket Text:**
**MINUTE entry before the Honorable Martha M. Pacold: Defendants' memorandum of fact and law in response to show cause order and in support of subject matter jurisdiction, [14], satisfies the court's show cause order. Plaintiff is not precluded from making jurisdictional arguments. (rao, )**

**1:24-cv-03984 Notice has been electronically mailed to:**

Matthew John Belcher    d.czernecka@aleksybelcher.com, m.belcher@aleksybelcher.com

Andrew Joseph Burkavage    aburkavage@coplancrane.com, eflorian@coplancrane.com

Ben Adam Crane    jvelligan@coplancrane.com, sblecha@coplancrane.com, eflorian@coplancrane.com, il.court@coplancrane.com, bcrane@coplancrane.com,



EXHIBIT A

bvance@coplancrane.com, enevitt@coplancrane.com

Linda J. Schneider     lschneider@tresslerllp.com

Bryant Michael Greening     b.greening@aleksybelcher.com

Timothy Mark Ravich     travich@tresslerllp.com

Donald G. Machalinski     dnovosel@tresslerllp.com, ploera@tresslerllp.com, chicagodocket@tresslerllp.com, dmachalinski@tresslerllp.com

Ervin Bryce Nevitt     eflorian@coplancrane.com, enevitt@coplancrane.com

**1:24-cv-03984 Notice has been delivered by other means to:**