| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **Sent:** | Thursday, June 13, 2024 12:33 PM |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-03984 COLEMAN-THOMAS, as Independent Administrator of the Estate of NORMAN THOMAS, deceased v. RIVER OAKS CENTER, LLC, an Indiana Corporation et al |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### Northern District of Illinois - CM/ECF NextGen 1.7.1.1

## Notice of Electronic Filing

The following transaction was entered by Crane, Ben on 6/13/2024 at 12:32 PM CDT and filed on 6/13/2024

| | |
|---|---|
| **Case Name:** | COLEMAN-THOMAS, as Independent Administrator of the Estate of NORMAN THOMAS, deceased v. RIVER OAKS CENTER, LLC, an Indiana Corporation et al |
| **Case Number:** | 1:24-cv-03984 |
| **Filer:** | SYRALL COLEMAN-THOMAS, as Independent Administrator of the Estate of NORMAN THOMAS, deceased |
| **Document Number:** | 16 |

**Docket Text:**
**MOTION by Plaintiff SYRALL COLEMAN-THOMAS, as Independent Administrator of the Estate of NORMAN THOMAS, deceased to amend/correct *Complaint to Add Nondiverse Defendants***

**(Crane, Ben)**

**1:24-cv-03984 Notice has been electronically mailed to:**

Andrew Joseph Burkavage     aburkavage@coplancrane.com, eflorian@coplancrane.com

Ben Adam Crane     bcrane@coplancrane.com, bvance@coplancrane.com, eflorian@coplancrane.com, enevitt@coplancrane.com, il.court@coplancrane.com, jvelligan@coplancrane.com, sblecha@coplancrane.com

EXHIBIT
**B**

Bryant Michael Greening     b.greening@aleksybelcher.com

Donald G. Machalinski     dmachalinski@tresslerllp.com, chicagodocket@tresslerllp.com, dnovosel@tresslerllp.com, ploera@tresslerllp.com

Ervin Bryce Nevitt     enevitt@coplancrane.com, eflorian@coplancrane.com

Linda J. Schneider     LSchneider@tresslerllp.com

Matthew John Belcher     m.belcher@aleksybelcher.com, d.czernecka@aleksybelcher.com

Timothy Mark Ravich     travich@tresslerllp.com

**1:24-cv-03984 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=6/13/2024] [FileNumber=27828142-0] [72dd95d4f45a8cb7007457a48127ab01c385b4e38016aaaf4a3bb0c632ec6fc6c1 12643279a4d2e8a5eaacd27ac850ab4557cf4094efaaf62dac941f1a90c94a]]