IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SYRALL COLEMAN-THOMAS, as Independent Administrator of the Estate of NORMAN THOMAS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>RIVER OAKS CENTER, LLC, et al.,<br><br>Defendants. | Case No. 1:24 cv03984<br><br>Honorable **Martha M. Pacold** |

### DEFENDANTS' OPPOSED MOTION FOR PROTECTIVE ORDER WITH MEMORANDUM OF LAW

Defendants, RIVER OAKS REALTY, LLC; RIVER OAKS CH, LLC; RIVER OAKS NASSIM, LLC; NAMDAR REALTY GROUP, LLC; CH CAPITAL GROUP, LLC; MASON ASSET MANAGEMENT, INC.; and NAMCO REALTY, LLC (collectively the "Defendants"), by and through their attorneys, Donald G. Machalinski, Linda J. Schneider, and Timothy M. Ravich of Tressler LLP, move for entry of a protective order, sealing from public view the identity of the members of Defendants as well as excerpted portions of an internal business record filed in this case, as follows:

1. On May 15, 2024, Defendants removed this case to this Court from the Circuit Court of Cook County, Illinois based on diversity of citizenship jurisdiction under the authority of 28 U.S.C. § 1332. *See* Docket Entry ("D.E.") No. 1. The Notice of Removal provided particularized, non-public information about the individual and corporate members of each LLC to comply with controlling decisional law establishing that the citizenship of members of a limited liability company (not the citizenship of limited liability companies) is dispositive for jurisdictional purposes. *See* D.E. No. 1, ¶¶ 14-20.

2. On May 22, 2024, the Court sought further clarification and ordered Defendants to confirm the state of incorporation and principal place of business of Namco Realty Ltd., a member of Defendant Namco Realty, LLC. *See* D.E. No. 9. Defendants filed a memorandum of fact and law in response, which included an exhibit of the title page and first three pages of Namco Realty Ltd.'s 2016 Memorandum and Articles of Association ("Articles"), which, among other matters, spoke directly to the jurisdictional issues before the Court. *See* D.E. No. 14-1, at footnote 1.

3. On June 13, 2024, the Court entered a minute entry reflecting that Defendants had satisfied the show cause order. D.E. No. 15.[1]

4. While useful in satisfying this Court's jurisdictional questions, the information and itemization of the Defendants' members, together with the Articles, have no relevance or relationship or use in any pending or future matter in this case. Consequently, the Defendants hereby move for entry of a protective order with respect to this confidential and non-public information, D.E. No. 14.

5. As good cause therefor, the Defendants represent that information about its members as well as details about the inner corporate management and organization of Namco Realty, Ltd. is private information that Defendants do not share publicly. In particular, the Articles contain details about the internal financial and operational organization of Namco Realty, Ltd., including details like corporate capacity and powers; number and classes of shares; designations, powers, preferences of shares; rights; and amendment. None of these matters affects the disposition of this lawsuit nor is made open to public view by Defendants.

---

[1] This case remains pending with this Court, before which are the parties' fully briefed papers respecting Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [D.E. No. 18] and the Plaintiffs' Motion for Leave to Amend Complaint to Add Nondiverse Defendants. *See* D.E. Nos. 16-23.]

6. What is more, Defendants seek to prevent non-party litigants from accessing and using their information in other litigation as well as to prevent the Plaintiffs or Plaintiffs' attorneys from using Defendants' data in other litigation.

7. Private information that would cause undue private or public harm if disclosed, as by invading personal privacy gratuitously, may be kept under seal. *See SmithKline Beecham Corp. v. Pentech Pharmaceuticals, Inc.*, 261 F. Supp. 2d 1002, 1008 (N.D. Ill. 2003). That is the case here. Finely detailed information of the kind here, going to the composition and constitution of the Defendants is information that is legitimately confidential. It is information to which the Defendants' competitors should not be entitled and about which Defendants apprehend might provide a roadmap for future litigation.

8. Finally, although documents submitted to a court are presumptively available for public inspection in order to facilitate public monitoring of the courts (*id.*), that consideration is irrelevant here as the relevance of the information at issue here was constrained to jurisdiction, and even after sealing the record as detailed here, any member of the public can see plainly that the Court required Defendants to come forward with evidence of diversity of citizenship, that it did so, and that the Court was satisfied that it was vested with jurisdiction under the applicable rule. *Id*.

9. The Defendants' undersigned counsel conferred in good faith with Plaintiff's attorneys about the relief sought herein. Plaintiff's counsel opposes this motion, however.

**WHEREFORE**, Defendants respectfully request that this Court enter a protective order sealing: (1) the Notice of Removal, D.E. No. 1 entirely, or alternatively directing the Clerk of Court to redact Paragraphs 14-20 therein; and (2) Exhibit A to Defendants' Memorandum of Fact

and Law in Response to Show Cause Order and in Support of Subject Matter Jurisdiction, D.E. No. 14; and granting such other and further relief deemed necessary and just.

Dated this 21st day of October. 2024.

                                        Respectfully submitted,

                                        TRESSLER LLP

                                        */s/ Donald G. Machalinski*

Attorneys for the Defendants,
Donald G. Machalinski, Esq.
Linda J. Schneider, Esq.
Timothy M. Ravich, Esq.
Tressler LLP
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606-6399
Telephone: 312.627.4000
dmachalinski@tresslerllp.com
lschneider@tresslerllp.com
travich@tresslerllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, a copy of the foregoing, Defendants' Opposed Motion for Protective Order, with Memorandum of Law, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's NEXT GEN cm/ecf system.

Respectfully submitted,

TRESSLER LLP

*/s/ Donald G. Machalinski*

Attorneys for the Defendants,
Donald G. Machalinski, Esq.
Linda J. Schneider, Esq.
Timothy M. Ravich, Esq.
Tressler LLP
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606-6399
Telephone: 312.627.4000
dmachalinski@tresslerllp.com
lschneider@tresslerllp.com
travich@tresslerllp.com