**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SYRALL COLEMAN-THOMAS, as Independent Administrator of the Estate of NORMAN THOMAS, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 1:24 cv-03984 Honorable Martha M. Pacold |
| RIVER OAKS CENTER, LLC, an Indiana corporation; RIVER OAKS REALTY, LLC, an Illinois corporation; RIVER OAKS CH, LLC, an Illinois corporation; RIVER OAKS NASSIM, LLC, an Illinois corporation; NAMDAR REALTY GROUP, LLC, a New York corporation; CH CAPITAL GROUP, LLC, a New York corporation; MASON ASSET MANAGEMENT, INC., a New York corporation; and NAMCO REALTY, LLC, a New York corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

In accordance with Federal Rule of Civil Procedure 26(f), the parties conferred and agreed to the following initial status report.

1. **Nature of the Case**

    A. Plaintiff represented by Benjamin A. Crane (lead counsel), Andrew J. Burkavage of Coplan & Crane, Ltd. and Matthew J. Belcher and Bryant M. Greening of Aleksy Belcher LLC.

    Defendants are represented by Donald G. Machalinski (lead counsel), Linda J. Schneider, and Timothy M. Ravich of Tressler LLP.

    B. This case arises out of a shooting that occurred at the River Oaks Mall in Calumet City, Illinois on November 16, 2022. The decedent, Norman Thomas, was working inside the Mall at a jewelry store when as many as three armed individuals

        approached the jewelry store and opened fire. Norman Thomas was shot numerous times and died.

        Plaintiff alleges that the Defendants owned, operated, and managed the Mall. Plaintiff further alleges these Defendants are liable for the wrongful death of the Decedent as a result of their negligent ownership, operation, and management of the Mall. Defendants have filed a Motion to Dismiss the matter in its entirety.

  C.    The principal factual issues are the facts and circumstances surrounding the Defendants' ownership, operation, and management of the subject Mall. The principal legal issues are the extent to which these LLC Defendants owed the Decedent a duty to prevent against third party criminal acts.

  D.    Plaintiff is seeking substantial compensatory damages in excess of $1,000,000 for the wrongful death of Norman Thomas, who left his wife and two adult daughters surviving him.

**2. Jurisdiction**

  A.    This Court has jurisdiction under 28 U.S.C. §1332.

  B.    Jurisdiction is based on diversity of citizenship:

      (1)    There is no dispute regarding the amount in controversy.

      (2)    Plaintiff is a citizen of the State of Illinois.

          Defendants aver the citizenship of each individual Defendant is as follows:

              RIVER OAKS CENTER, LLC - Indiana

              RIVER OAKS REALTY, LLC – British Virgin Islands; New York

              RIVER OAKS CH, LLC – New York

              RIVER OAKS NASSIM, LLC – New York

              NAMDAR REALTY GROUP, LLC – New York

              CH CAPITAL GROUP, LLC – New York

              MASON ASSET MANAGEMENT, LLC – New York

              NAMCO REALTY, LLC – British Virgin Islands

**3. Status of Service**

    All Defendants have been served.

4. **Consent to Proceed Before a United State Magistrate Judge**

   The parties do not consent to the Magistrate Judge for all purposes at this time.

5. **Motions**

   A. Defendants have filed a Motion to Dismiss, alleging, in pertinent part: (1) they owed no duty to the Decedent for the criminal acts of third parties; (2) that liability cannot lie against defendants who, as here, are solely members of LLCs for their LLC's alleged actions or omission; and (3) some of the named Defendants had no connection to the Mall.

   Plaintiff's response to the Motion to Dismiss is due by <u>December 6, 2024</u>. [Proposed]

   Defendants' Reply in Support of the Motion to Dismiss is due by <u>December 20, 2024</u>. [Proposed]

   B. Defendants have filed a Motion for Protective Order. Plaintiff has filed a Response. Defendants' Reply in Support of the Motion for Protective Order is due by November 26, 2024.

6. **Status of Settlement Discussions**

   The parties have not engaged in any settlement discussions. The parties do not believe that a Settlement Conference would be productive at this time.

Respectfully submitted:

/s/ Ben A. Crane
Ben A. Crane
Andrew J. Burkavage
Coplan & Crane, Ltd.
1111 Westgate St.
Oak Park, IL 60301

Matthew J. Belcher
Bryant M. Greening
Aleksy Belcher LLC
350 N. LaSalle, Ste. 750
Chicago, IL 60654

/s/ Donald G. Machalinski
Donald G. Machalinski
Linda J. Schneider
Timothy M. Ravich
Tressler LLP
233 S. Wacker, 61st Floor
Chicago, IL 60606