UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

Syrall Coleman–Thomas
                              Plaintiff,

v.                                                                 Case No.: 1:24–cv–03984
                                                                 Honorable Martha M. Pacold

River Oaks Center, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 3, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Telephone ruling on defendant's motion to dismiss [18] held on 2/3/2025. The motion to dismiss [18] is granted for the reasons stated on the record. Plaintiff's complaint is dismissed without prejudice for failure to state a claim. If plaintiff believes she can address the issues identified in this ruling, plaintiff may file an amended complaint by 2/24/2025. Defendants to answer or otherwise plead to the amended complaint by 3/17/2025. If defendants file a motion to dismiss, the parties should submit an agreed briefing schedule to the court's proposed order box or file a joint status report. Defendants' motion for protective order [24] is granted in part and denied in part. The motion [24] is granted to the following extent: The court will seal Paragraphs 14 – 19 and the last two sentences of Paragraph 20 of the Notice of Removal, [1], as well as Docket Entry [14–1] (Exhibit A to defendants' memorandum in response to show cause order). The Clerk of Court is directed to seal Docket Entries [1] and [14–1]. Defendants are to file a redacted version of [1] on the court docket. In all other respects, the motion [24] is denied. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.