**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| SYRALL COLEMAN-THOMAS, as Independent Administrator of the Estate of NORMAN THOMAS, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 1:24 cv03984 Honorable Martha M. Pacold |
| RIVER OAKS CENTER, LLC, an Indiana corporation; RIVER OAKS REALTY, LLC, an Illinois corporation; RIVER OAKS CH, LLC, an Illinois corporation; RIVER OAKS NASSIM, LLC, an Illinois corporation; NAMDAR REALTY GROUP, LLC, a New York corporation; CH CAPITAL GROUP, LLC, a New York corporation; MASON ASSET MANAGEMENT, INC., a New York corporation; and NAMCO REALTY, LLC, a New York corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

To: All Counsel of Record.

### NOTICE OF FILING

    PLEASE TAKE NOTICE that we caused to be filed on **February 24, 2025** with the United States District Court for the Northern District of Illinois Eastern Division, the following attached document(s):

    1.  Plaintiff's First Amended Complaint at Law.

                             /s/ Andrew J. Burkavage

COPLAN & CRANE, LTD.
1111 Westgate Street
Oak Park, Illinois 60301-1007
(708) 358-8080 (telephone)
(708) 358-8181 (facsimile)
Firm No.: 41511
Service E-mail: il.court@coplancrane.com

## **PROOF OF SERVICE**

I, the undersigned, a non-attorney, on oath, subject to penalty of perjury, states that I served this notice and above mentioned documents by emailing copies to all counsel of record as shown on the attached service list on February 24, 2025.

/s/ Maria R. Hendren

<u>**SERVICE LIST**</u>

*Re: Estate of Thomas v. River Oaks Mall, et. al.*
*Court No.: 1:24-cv-3984*
*Cook County: 2024L003932*
*CC No.: 202511*

**Counsel for Plaintiff**
Ben Crane
Andrew J. Burkavage
Erv Nevitt
Nick Selvaggio
Coplan & Crane
1111 Westgate Street
Oak Park, Illinois 60301
Tel.: (708) 358-8080
Fax: (708) 358-8181
bcrane@coplancrane.com
aburkavage@coplancrane.com
enevitt@coplancrane.com
nselvaggio@coplancrane.com
eflorian@coplancrane.com
mhendren@coplancrane.com

Bryant Greening
Aleksy Belcher
350 N. LaSalle, Suite 750
Chicago, IL 60654
Tel. No. (312) 670-9000
b.greening@aleksybelcher.com

Matthew Belcher
Aleksy Belcher
350 N. LaSalle, Suite 750
Chicago, IL 60654
Tel. No. (312) 670-9000
m.belcher@aleksybelcher.com

**Counsel for the Defendants, River Oaks Realty, LLC,**
**River Oaks CH, LLC, River Oaks Nassim, LLC, Namco Realty, LLC,**
**Namdar Realty Group, LLC, Mason Asset Management, INC., and**
**CH Capital Group, LLC**
Donald G. Machalinski, Esq.

Linda J. Schneider, Es q.
Timothy Ravich, Esq.
Tressler LLP
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606-6399
Telephone: 312.627.4000
dmachalinski@tresslerllp.com
lschneider@tresslerllp.com
TRavich@tresslerllp.com