**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Syrall Coleman−Thomas
            Plaintiff,

v.                  Case No.: 1:24−cv−03984
                 Honorable Martha M. Pacold

River Oaks Center, LLC, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 18, 2025:

  MINUTE entry before the Honorable Martha M. Pacold: The court received defendants' motion to dismiss, [43], and adopts the parties' proposed briefing schedule. Plaintiff's response is due by 4/15/2025. Defendants' reply, if any, is due by 4/29/2025. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.